**PARKER AND CARMODY, LLP**
ATTORNEYS AT LAW
850 THIRD AVENUE
14TH FLOOR
NEW YORK, N.Y. 10022

DANIEL S. PARKER                                                                             TELEPHONE: (212) 239-9777
MICHAEL CARMODY                                                                       FACSIMILE:  (212) 239-9175
CHRISTINA S. COOPER                                                                       DanielParker@aol.com

July 1, 2020

**By ECF**
Hon. Paul A. Engelmayer
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

<u>United States v. Jahnomi Benjamin</u>
15 Cr 445 (PAE)

Dear Judge Engelmayer:

  I previously represented Jahnomi Benjamin, the defendant in the above-captioned matter.

  I write requesting that the Court re-appoint me *nunc pro tunc* to June 15, 2020 for purposes of consulting with Mr. Benjamin and his family, evaluating whether a compassionate release motion should be filed, engaging in legal research and filing a motion if necessary.

  If the foregoing meets with the Court's approval, then I respectfully request that you "So Order" this letter. Thank you for your consideration in this matter.

Respectfully submitted,

/s/

Daniel S. Parker
Parker and Carmody, LLP
850 Third Avenue
14th Floor
New York, NY 10022
Tel. 212-239-9777

Cc: All parties by ECF

**GRANTED.** The Clerk of Court is requested to terminate the motion at Dkt. No. 1112.

7/1/2020

SO ORDERED.

*/s/ Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge