UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, | 15-CR-445-15 (PAE) |
| -v- | ORDER |
| JAHNOMI BENJAMIN, | |
| Defendant. | |

PAUL A. ENGELMAYER, District Judge:

On August 21, 2020, counsel for Mr. Benjamin filed a motion for his compassionate release. The Government is directed to file a response by August 28, 2020.

SO ORDERED.

                                                              _____
                                                              PAUL A. ENGELMAYER
                                                              United States District Judge

Dated: August 24, 2020
           New York, New York