UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

UNITED STATES OF AMERICA,

- against -

JAHNOMI BENJAMIN,
                      Defendant.
------------------------------------------------------------x

15 Cr 445 (PAE)

**ORDER**

Pursuant to the Court's Order (Dkt. No. 1144) dated September 15, 2020, and upon the application of the defendant, JAHNOMI BENJAMIN, and with the consent of the DEPARTMENT OF PROBATION,

**IT IS HEREBY ORDERED THAT:**

1.    The defendant shall serve the first four (4) months of supervised release on **home incarceration, to be enforced by GPS Monitoring** at the residence which has been approved by the Department of Probation.

2.    The defendant must remain at his approved residence except to seek any necessary medical treatment, in each instance with prior notice and approval by the Probation Department.

3.    The defendant is to possess or have access to a telephone that will allow video conferencing by the Probation Department. Said phone must be answered at any/all times while serving the term of home incarceration.

4.    The defendant is to report to the Probation Department at 500 Pearl Street, 6th floor, on October 6, 2020 at 10:00 AM (following 14 days of self-quarantine) to have the GPS tracker affixed to his ankle.

**SO ORDERED**

Dated: New York, New York
       September 15, 2020

*Paul A. Engelmayer*
THE HONORABLE PAUL A. ENGELMAYER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK